IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARL PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | FILE NO.: _____ |
| SMITH TRANSPORT PA, INC. | ) | |
| d/b/a SMITH TRANSPORT, INC. | ) | DEMAND FOR JURY TRIAL |
| and ELLSWORTH GROCE, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT ELLSWORTH GROCE'S NOTICE OF REMOVAL</u>**

Defendant Ellsworth Groce ("Defendant"), files this Notice of Removal showing the Court as follows:

1.

Carl Parker filed a civil action in the State Court of Gwinnett County, Georgia, with Civil Action File No. 21-C-02491-S4, regarding a motor vehicle accident that occurred on February 28, 2020 on Interstate 85 South in DeKalb County, Georgia. The entire state court file is attached hereto as Exhibit "A".

2.

At the time the Complaint was filed, Plaintiff was a resident of the State of Georgia. For purposes of diversity jurisdiction, Plaintiff is considered a citizen of the State of Georgia.

3.

At the time the Complaint was filed, Defendant Groce was a resident of the State of North Carolina. For purposes of diversity jurisdiction, Groce is considered a citizen of the State of North Carolina.

4.

At the time the Complaint was filed, Defendant Smith Transport, Inc., identified in Plaintiff's complaint as Smith Transport PA, Inc. d/b/a Smith Transport, Inc. ("Smith Transport"), was a foreign corporation incorporated under the laws of the State of Pennsylvania with its principal place of business located in Pennsylvania. For purposes of diversity jurisdiction, Smith Transport is considered a citizen of the State of Pennsylvania.

5.

In the Complaint, Plaintiff alleges that due to the Accident he has suffered multiple significant injuries and has incurred and will continue to incur medical expenses and damages. (Compl. ¶¶ 7, 10, 16).  Plaintiff alleges that he has suffered

emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life due to the violence of the collision and injuries to his body and nervous system and inability to lead a normal life. (*Id.* ¶¶ 10, 16).  Further, Plaintiff alleges that as of the date of the complaint he has incurred medical expenses in excess of $79,807.43.  (*Id.* ¶16).

6.

Plaintiff is also seeking to recover an unknown amount of general damages. (*Id.*).

7.

Based on Plaintiffs' allegations in the Complaint, Plaintiff's alleged injuries and damages in the subject incident, the total of the alleged special and general damages at issue in this matter exceeds the amount in controversy requirement for removal to this Court, and the jurisdictional prerequisite is therefore satisfied. There is diversity of the parties at the time of this removal, which satisfies the remaining requisite elements of jurisdiction and entitles Defendant to remove this action to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C §§ 1332 and 1446.

8.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C §§ 1446(a) and (b) and, in accordance with U.S.C. § 1332(a), there being a complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

9.

Defendant has not yet been served with process in this case but now provides notice, in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11 of the Federal Rules of Civil Procedure, of the removal of said action to this Court.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C § 1446.

11.

Defendant Smith Transport, Inc. consents to the removal of this matter to the United States Court for the Northern District of Georgia, Atlanta Division.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Gwinnett County, Georgia, as required by 28 U.S.C § 1446.

4824-5885-0790v1

WHEREFORE, Defendant prays that the above-captioned lawsuit be removed to the United States Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 6th day of August, 2021.

| | |
|---|---|
| Monarch Plaza, Suite 1500 | **BAKER, DONELSON, BEARMAN**<br>**CALDWELL & BERKOWITZ, PC** |
| 3414 Peachtree Road NE | |
| Atlanta, Georgia 30326 | _/s/   Brent W. Cole_ |
| Telephone:  (404) 577-6000 | MARK A. BARBER |
| Facsimile:   (404) 221-6501 | Georgia State Bar No. 036875 |
| Email: mbarber@bakerdonelson.com | BRENT W. COLE |
| Email: bcole@bakerdonelson.com | Georgia State Bar No. 294999 |
| | |
| | _Attorneys for Defendants Smith_<br>_Transport, Inc. and Ellsworth Groce_ |

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 5.1B</u>

This is to certify that this Pleading was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

This 6th day of August, 2021.

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

<u>/s/  Brent W. Cole</u>
BRENT W. COLE
Georgia State Bar No. 294999

*Attorney for Defendants Smith Transport, Inc. and Ellsworth Groce*

4824-5885-0790v1

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorney of record, as well as by U.S. Mail, to:

Hector J. Rojas, Jr.
Morgan & Morgan Atlanta, PLLC
191 Peachtree Street, N.E., Suite 4200
P.O. Box 57007
Atlanta, Georgia 30343-1007

This 6th day of August, 2021.

Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, Georgia 30326
Telephone:  (404) 577-6000
Facsimile:   (404) 221-6501
Email: bcole@bakerdonelson.com

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

 /s/  Brent W. Cole
BRENT W. COLE
Georgia State Bar No. 294999

*Attorneys for Defendants Smith Transport PA, Inc. d/b/a Smith Transport, Inc. and Ellsworth Groce*